**RECEIVED**
By United States Marshals Service at 6:00 pm, Sep 18, 2025

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11854993
USMS: 06338-512
Warrant: 2506-0918-0757-J
NCIC: FBI Warrant

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case Number: 3:25-CR-00058-SLG-MMS |
| EDWARD LOUIS EHLERT | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDWARD LOUIS EHLERT,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:2422(b) ATTEMPTED COERCION AND ENTICEMENT OF A MINOR -Ct 1
18:1470 ATTEMPTED TRANSFER OF OBSCENE MATERIALS TO A MINOR -Ct 2

Date: September 18, 2025

s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 09/18/2025, and the person was arrested on *(date)* 9/19/25
at *(city and state)* Anchorage, AK.

Date: 9/19/25

*Arresting officer's signature*

SA Wendy Terry
*Printed name and title*