MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00058-SLG-MMS |
|---|---|
| Plaintiff, | |
| vs. | |
| EDWARD LOUIS EHLERT, | |
| Defendant. | |

**MOTION FOR A JOINT CRIMINAL DISCOVERY MANAGEMENT ORDER**

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully asks this Honorable Court to adopt the attached Joint Proposed Criminal Discovery Management Order.

//

RESPECTFULLY SUBMITTED this 23rd day of October 2025 at Anchorage, Alaska.

                                                          MICHAEL J. HEYMAN
United States Attorney

*s/ Mac Caille Petursson*
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025 a true
and correct copy of the foregoing
was served electronically on all counsel of record.

s/ *Mac Caille Petursson*